No. 81–590.   BAGSTAD v. ORANGE COUNTY TRANSIT DISTRICT ET AL.   C. A. 9th Cir.   Motion of Paralyzed Veterans of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 81–645.   INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS (IAM) v. ORGANIZATION OF PETROLEUM EXPORTING COUNTRIES (OPEC) ET AL.   C. A. 9th Cir.   Motion of Indonesia-U. S. Business Committee of the Indonesian Chamber of Commerce and Industry for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 81–693.   HULLINGHORST INDUSTRIES, INC. v. CARROLL ET AL.   C. A. 5th Cir.   Motion of respondent David E. Carroll for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–798.   MURRAY INVESTMENT CO. ET AL. v. LIFE INSURANCE COMPANY OF VIRGINIA.   C. A. 5th Cir.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 81–848.   PONCHARTRAIN STATE BANK v. MARSH INVESTMENT CORP. ET AL.   C. A. 5th Cir.   Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 81–861.   FLORIDA v. BUFORD.   Sup. Ct. Fla.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   JUSTICE O'CONNOR would grant certiorari.

No. 81–882.   JOHNS-MANVILLE CORP. ET AL. v. WHITE ET AL.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.